UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO H. MARIANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, as trustee for the benefit for the HARBORVIEW MORTGAGE LOAN TRUST 2005-10; BANK OF AMERICA, N.A., as successor by merger to COUNTRYWIDE BANK, FSB; COUNTRYWIDE BANK, FSB fka COUNTRYWIDE HOME LOANS, INC.; STEARNS LENDING INC., RECONTRUST COMPANY, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CARRIAGE ESCROW INC. and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | CASE NO. CV 12-10842 MMM (JCGx)<br><br>JUDGMENT FOR DEFENDANTS |

On September 30, 2013, plaintiff Roberto H. Mariano filed a notice of voluntary dismissal of this action against all defendants without prejudice. On October 2, 2013, the court closed the case. On November 21, 2013, the court entered an order granting in part and denying in part defendants Stearns Lending Inc.'s ("Stearns") and Carriage Escrow Inc.'s ("Carriage") motion

for sanctions against Mariano and his counsel, Craig E. Munson. Consequently,

        IT IS ORDERED AND ADJUDGED

1. That defendants Stearns and Carriage collectively recover attorneys' fees in the total amount of $3,506.63 from Munson within sixty (60) days of the date of this judgment; and

2. That, pursuant to 28 U.S.C. § 1961, the judgment bear post-judgment interest at the rate of 0.13% per year.

DATED: November 21, 2013

                                  MARGARET M. MORROW
                                  UNITED STATES DISTRICT JUDGE